```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 9
Receipt Number: FLS900004487
Cashier ID: lrodrigu
Transaction Date: 05/02/2016
Payer Name: John Pinson
--------------------------------
CIVIL FILING FEE
 For: John Pinson
 Amount:        $400.00
--------------------------------
CASH
 Amt Tendered: $400.00
--------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:      $0.00

16cv80688

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.
```