UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80688-CIV-ZLOCH

JOHN PINSON,

       Plaintiff,

vs.

JPMORGAN CHASE BANK, National
Association, a financial
institution,

       Defendant.
_____/

**ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE PATRICK M. HUNT**

THIS CAUSE is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED** that the above-styled cause, pursuant to 28 U.S.C. § 636 and pursuant to Rule 1 of the Magistrate Rules for the United States District Court, Southern District of Florida, be and the same is hereby referred to the United States Magistrate Judge for disposition of all pre-trial non-dispositive motions and a report and recommendation concerning disposition of all dispositive motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____4th_____ day of May, 2016.



WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
The Honorable Patrick M. Hunt
All Counsel of Record