UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

MAY 09 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

JOHN PINSON,

    Plaintiff,

vs.

Case No. 9:16-cv-80688-WJZ

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

    Defendant.

## AFFIDAVIT OF PROCESS SERVER

I, RON FREEMAN, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

| | | |
|---|---|---|
| I served | JPMorgan Chase Bank, NA | |
| with (list documents) | Summons, Verified Complaint, Civil Cover Sheet | |
| by leaving with | Kelly Miller | Authorized Business Agent |
| ☑ Business | | (relationship) |
| ☐ Residence | 1111 Polaris Parkway | Columbus, OH 43240 |
| Date: 5/6/16 | Time: 11:00 a.m. | |

**Manner of Service:**

☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with a person authorized to accept service.
☐ **Certified Mail:** By mailing the copies via U.S. Postal Service Certified Mail to the person/entity being served. Additional Documentation Attached _____

**Description:**

Age: 40  Sex: F  Race: W  Height: 5'6"  Weight: 185  Hair: Br  Beard: N  Glasses: N

State of Ohio, County of Franklin
Subscribed and sworn to before me this
9-th day of May, 2016
by the affiant who is personally known to me.

_Savanna Freeman_
Notary Public, State of Ohio

SAVANNAH FREEMAN
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 10/31/2017

Ron Freeman, Process Server
**Freeman Process Service**
244 N. Ogden Ave.
Columbus, OH 43204
(614) 329-3854