UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED BY _____ D.C.
MAY 09 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO.:   9:16-cv-80688-WJZ

**John Pinson,**

  Plaintiff

vs

**JPMORGAN CHASE BANK, N.A.,**

  Defendant/

### PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES

Plaintiff, John Pinson, hereby serves this certification of interested parties in the above styled cause of action. To the best of Plaintiff's knowledge the below named entities and individuals are the only ones with a financial interest in the outcome of this litigation.

**Plaintiff:**

John Pinson, *pro se*

**Defendants:**

JPMorgan Chase Bank, National Association,

  JPMorgan Chase Bank, N.A. is owned 100% by JPMorgan Chase & Co. JPMorgan Chase & Co. is a publicly traded company on the New York Stock Exchange, Stock (Ticker) Symbol: JPM. It is unknown if any publicly traded company owns more than 10% of JPM.

Dated: May 9, 2016

Respectfully Submitted,

/s/ John Pinson

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com