UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED BY _____ D.C.
MAY 09 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO.: 9:16-cv-80688-WJZ

**John Pinson,**

    Plaintiff

vs

**JPMORGAN CHASE BANK, N.A.,**

    Defendant/

## PLAINTIFF'S NOTICE TO THE COURT

Plaintiff, John Pinson, hereby notifies the Honorable Court, that, after consideration of the information in docket entry 3, Plaintiff elects to proceed to trial before a District Judge.

Dated: May 9, 2016

Respectfully Submitted,

John Pinson, *pro se*
526 Westwood Road
West Palm Beach, Florida 33401
561-329-2524
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and a copy was placed in the US Mail to the service list below.

Signed May 9, 2016

John Pinson

Service List
JPMorgan Chase Bank, National Association
1111 Polaris Parkway
Columbus, OH 43240