UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:16-cv-80688-WJZ

JOHN PINSON,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brendan I. Herbert, Esq. and Scott B. Cosgrove, Esq. of the law firm of León Cosgrove, LLC file their Notice of Appearance on behalf of the Defendant, JPMorgan Chase Bank, N.A., and request that all pleadings, papers, and other materials to be directed to the undersigned at the address listed below and the following e-mail addresses: bherbert@leoncosgrove.com and scosgrove@leoncosgrove.com.

Dated: May 13, 2016

Respectfully submitted,

*s/ Brendan I. Herbert*
Scott B. Cosgrove
 Florida Bar No. 161365
Brendan I. Herbert
 Florida Bar No. 0076925
LEÓN COSGROVE LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Telephone: 305.740.1975
Facsimile: 305-437-8158
Email: scosgrove@leoncosgrove.com
Email: bherbert@leoncosgrove.com
Email: anoonan@leoncosgrove.com
Email: jgomez@leoncosgrove.com

*Counsel for Defendant JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that the foregoing document is being served by U.S. Mail and electronic mail to:

John Pinson, pro se
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com

*Pro se Plaintiff*


                                        *s/ Brendan I. Herbert*
                                        Brendan I. Herbert