UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:16-cv-80688-WJZ

JOHN PINSON,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____/

**JPMORGAN CHASE BANK, N.A.'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant, JPMorgan Chase Bank, N.A. provides its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

1. The parent company of JPMorgan Chase Bank, N.A. is JPMorgan Chase & Co. JPMorgan Chase & Co. is a publicly held company whose shares are traded on the New York Stock Exchange. JPMorgan Chase & Co. has no parent company and no publicly held-company owns more than 10% of JPMorgan Chase & Co.'s shares.

2. A complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:

   a. John Pinson (Plaintiff, pro se);

   b. JPMorgan Chase Bank, N.A. (Defendant);

   c. Brendan I. Herbert, Esq. (Counsel for Defendant);

   d. Scott B. Cosgrove, Esq. (Counsel for Defendant);

   e. León Cosgrove LLC (Counsel for Defendant).

**DATED**:  June 21, 2016                                 Respectfully submitted,

                                                    */s/ Brendan I. Herbert*_____
                                                    Scott B. Cosgrove
                                                    Florida Bar No. 161365
                                                    Brendan I. Herbert
                                                    Florida Bar No. 0076925
                                                    LEÓN COSGROVE LLC
                                                    255 Alhambra Circle – Suite 800
                                                    Coral Gables, Florida  33134
                                                    Tel:     305.740.1975
                                                    Email:  scosgrove@leoncosgrove.com
                                                    Email:  bherbert@leoncosgrove.com
                                                    Email:  jgomez@leoncosgrove.com
                                                    Email: anoonan@leoncosgrove.com
                                                    *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that the foregoing document is being served by U.S. Certified Mail to:

John Pinson, pro se
526 Westwood Road
West Palm Beach, FL 33401
john@pinson.com

*Pro se Plaintiff*

                                                    *s/ Brendan I. Herbert*
                                                    Brendan I. Herbert