# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

FILED BY _____ D.C.

JUN 22 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### CASE NO.: 16-80688-CIV-ZLOCH

**John Pinson,**

    Plaintiff

vs

**JPMorgan Chase Bank, N.A.**

    Defendant_____/

## PLAINTIFF UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

**COMES NOW**, the Plaintiff *pro se*, John Pinson, pursuant to F.R.C.P. Rule 6 and L.R. 7.1, who hereby respectfully requests that the Honorable Court grant him an Enlargement of Time to prepare and submit his response to the Defendant's Motion to Dismiss [DE 14], and in support thereof states:

1. Plaintiff's response to the Defendants' motion to dismiss [DE 14] is currently due on June 27, 2016, and Plaintiff seeks a twenty-one (21) day enlargement of time to file his response, through and including July 18, 2016.

2. Plaintiff received the motion to dismiss by U.S. mail on June 13, 2016.

3. Because of personal and business commitments and time constraints, Plaintiff needs additional time to research and respond properly to the motion. Additionally, because of previously planned events around the 4th of July holiday week, he needs additional time.

4. Plaintiff is *pro se* and does not have a support staff to assist him in in typing and research; he does not have Westlaw and must go to the law library to research case law; and, the Defendant has filed a fifteen (15) page, motion to dismiss.

5. This request for enlargement of time is made in good faith, not for the purpose of undue delay, burden or prejudice. No party to the action will be prejudiced by the relief requested.

6. By and through counsel, Defendant has confirmed it is unopposed to a twenty-one (21) day extension, through and including July 18, 2016, for Plaintiff to respond to their Motion to Dismiss [DE 14].



## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), Plaintiff *pro se* hereby certifies that he conferred with opposing counsel, Brendan I. Herbert, Esq., and that via e-mail on June 20, 2016 Mr. Herbert did state the Defendant is unopposed to the relief requested herein (see attached Exhibit A).

**WHEREFORE**, the Plaintiff *pro se*, John Pinson, respectfully moves this Honorable Court to issue an Order: granting this unopposed motion for an enlargement of time of twenty-one (21) days, through and including July 18, 2016, within which to submit his response to Defendants' Motion to Dismiss [DE 14]; and any other relief as deemed equitable and just.

Dated: June 21, 2016

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed June 21, 2016

John Pinson

**Service List**

Brendan I. Herbert, Esq.
bherbert@leoncosgrove.com
Leon Cosgrove LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Tel. 305-740-1975
Fax. 305-437-8158
*Attorney for Defendant:*
JPMorgan Chase Bank, N.A.

Attached: "Exhibit A" 2 pages

# John D Pinson

**From:** Brendan I. Herbert <bherbert@leoncosgrove.com>
**Sent:** Monday, June 20, 2016 5:28 PM
**To:** John D Pinson
**Cc:** Jessica Gomez
**Subject:** RE: Pinson v. JPMorgan Chase Bank NA

"Exhibit A"

Mr. Pinson,

We have no objection to your request.

Thank you,

BH

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Monday, June 20, 2016 5:25 PM
**To:** Brendan I. Herbert <bherbert@leoncosgrove.com>
**Cc:** Jessica Gomez <jgomez@leoncosgrove.com>
**Subject:** RE: Pinson v. JPMorgan Chase Bank NA
**Importance:** High

Mr. Herbert,

I am in receipt of your lengthy motion to dismiss that was mailed to me.

Because of personal and business commitments and time constraints, I would need additional time to conduct research and respond properly to your motion; I do not have staff or Westlaw and have to go to the law library. Additionally, because of previously planned events around the 4th of July holiday week, I need additional time.

I intend to request a 21 day enlargement of time to respond to your motion, and as JPMorgan Chase requested consent to an enlargement from me previously which I did not oppose I trust you will afford me the same courtesy here. Currently the response is due June 27, so I am seeking an enlargement thru and including July 18, 2016. I will reciprocate in good faith for your reply brief.

Please respond with your concurrence or objection by 3 PM Wednesday the 22nd so I may properly draft my request for relief from the court.

Kindly,

John Pinson
561-833-4816
john@pinson.com

**From:** Brendan I. Herbert [mailto:bherbert@leoncosgrove.com]
**Sent:** Tuesday, May 24, 2016 5:01 PM
**To:** John D Pinson
**Subject:** RE: Pinson v. JPMorgan Chase Bank NA

1

(3/4)

Thank you, Mr. Pinson. If the need arises, we will certainly reciprocate.

I am available on Thursday afternoon after 3, and Tuesday after 2pm. Please let me know what works on your end.

Regards,

BH

**From:** John D Pinson [mailto:john@pinson.com]
**Sent:** Tuesday, May 24, 2016 4:59 PM
**To:** Brendan I. Herbert <bherbert@leoncosgrove.com>
**Subject:** RE: Pinson v. JPMorgan Chase Bank NA
**Importance:** High

Mr. Herbert,

Thank you for your e-mail. I am unopposed to the relief you request and in good faith if you need 14 days I am also unopposed; I trust you will reciprocate in good faith if the need arises. Kindly advise as to the relief you seek in your motion.

Please let me know if you want to confer on this matter. We can schedule a conference by e-mail.

Sincerely,

John Pinson
561-833-4816
john@pinson.com

**From:** Brendan I. Herbert [mailto:bherbert@leoncosgrove.com]
**Sent:** Tuesday, May 24, 2016 2:17 PM
**To:** john@pinson.com
**Subject:** Pinson v. JPMorgan Chase Bank NA
**Importance:** High

Mr. Pinson,

Our firm has been retained by the defendant in the above referenced matter. Our response is due this Friday, May 27. Would you oppose our filing a motion for extension of time in which we request 10 additional days to file our response to the complaint?

Regards,

**Brendan I. Herbert**
León Cosgrove LLC
255 Alhambra Circle – Suite 800
Coral Gables, FL 33134
D 305.740.1989 | M 305.740.1975
bherbert@leoncosgrove.com



LEÓN LC COSGROVE



2