FILED BY _____ D.C.

JUL 11 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

CASE NO.: 16-80688-CIV-ZLOCH/HUNT

**John Pinson,**

    Plaintiff

vs

**JPMorgan Chase Bank, N.A.**

    Defendant_____/

## NOTICE OF UNAVAILABILITY

1. NOTICE IS HEREBY given that John Pinson, pro se, will be unavailable from August 21, 2016 through August 24, 2016.

2. The undersigned requests that no hearings, depositions, conferences, trials, or other matters that will require the undersigned's attendance and/or action be scheduled during that time and that all pending matters be abated until his return. The service and filing of this notice shall constitute an application and request for continuance, extension of time, and/or protective order regarding any matters during the stated period, as may be appropriate.

Dated: July 7, 2016

Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

SCANNED

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed July 7, 2016

John Pinson

**Service List**

Brendan I. Herbert, Esq.
bherbert@leoncosgrove.com
Leon Cosgrove LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Tel. 305-740-1975
Fax. 305-437-8158
*Attorney for Defendant:*
JPMorgan Chase Bank, N.A.