**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 16-80688-CIV-ZLOCH/HUNT**

FILED BY _____ D.C.
JUL 11 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**John Pinson,**

    Plaintiff

vs

**JPMorgan Chase Bank, N.A.**

    Defendant_____/

**NOTICE OF UNAVAILABILITY**

1. NOTICE IS HEREBY given that John Pinson, pro se, will be unavailable from August 3, 2016 through August 16, 2016.

2. The undersigned requests that no hearings, depositions, conferences, trials, or other matters that will require the undersigned's attendance and/or action be scheduled during that time and that all pending matters be abated until his return. The service and filing of this notice shall constitute an application and request for continuance, extension of time, and/or protective order regarding any matters during the stated period, as may be appropriate.

Dated: July 7, 2016                          Respectfully Submitted,

                                                           _____
                                                           John Pinson
                                                           526 Westwood Road
                                                           West Palm Beach, Florida 33401
                                                           561-833-4816
                                                           john@pinson.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed July 7, 2016

/s/ John Pinson
John Pinson

**Service List**

Brendan I. Herbert, Esq.
bherbert@leoncosgrove.com
Leon Cosgrove LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Tel. 305-740-1975
Fax. 305-437-8158
*Attorney for Defendant:*
JPMorgan Chase Bank, N.A.