UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED BY _____ D.C.

JUL 1 8 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO.: 16-80688-CIV-ZLOCH/HUNT

**John Pinson,**

 Plaintiff

vs

**JPMorgan Chase Bank, N.A.**

   Defendant_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUIDICE OF THE CLAIMS IN COUNT # 5 AND COUNT # 7 OF THE COMPLAINT [DE 01] AGAINST DEFENDANT

 Plaintiff, John Pinson, pursuant to 42(a)(2) of the Federal Rules of Civil Procedure, hereby gives Notice of his voluntary dismissal of the claims in COUNT # 5 ("PLACED IN A FALSE LIGHT") and COUNT # 7 ("RECKLESS AND WANTON TRAINING AND SUPERVISION") of the complaint [DE 01], without prejudice, against Defendant Chase.

 Plaintiffs request voluntary dismissal without prejudice pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure. Rule 42(a)(2) permits voluntary dismissal without prejudice "by court order, on terms that the court considers proper." Voluntary dismissal without prejudice pursuant to Rule 42(a)(2) "should be granted unless a defendant would suffer clear legal prejudice, other than prospect of a subsequent lawsuit as a result." *See U.S. v. Maloney*, 2007 WL 1424228, *2 (S.Dist.Fla. 2007)(Marra, J.) (*quoting Ponteberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001).

 Granting the Plaintiffs' request for voluntary dismissal will not cause any prejudice of any kind whatsoever to the Defendant Chase. Therefore, voluntary dismissal without prejudice of the claims in COUNT # 5 and COUNT # 7 of the complaint [DE 01] is justified.

Dated: July 18, 2016      Respectfully Submitted,

                _____
                John Pinson

526 Westwood Road<br>
West Palm Beach, Florida 33401<br>
561-833-4816<br>
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed July 18, 2016

John Pinson

### Service List

Brendan I. Herbert, Esq.
bherbert@leoncosgrove.com
Leon Cosgrove LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134