UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 16-80688-CIV-ZLOCH/HUNT

JOHN PINSON,

    Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.,

    Defendant.

_____/

## ORDER OF INSTRUCTIONS TO PRO SE LITIGANTS

This matter is before this Court sua sponte. Litigants who are not represented by counsel (pro se litigants), like all litigants, must comply with the rules of civil procedure and this Court's orders. Accordingly, it is hereby ORDERED and ADJUDGED as follows:

All pro se litigants in this case shall comply with the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Florida. The Local Rules may be obtained from the Clerk of the Court. Failure to comply with the federal and local rules may result in this Court striking the document, dismissing the case, and/or imposing sanctions. Some—but not all—of the requirements of these rules are as follows:

1. Every pleading, motion, memorandum or other paper required and/or permitted to be filed shall be filed directly with the Clerk of the Court in accordance with its

procedures. No letters, pleadings, motions or other documents may be sent directly to the District Judge or Magistrate Judge's chambers. Any papers improperly delivered directly to chambers will be disregarded by the Court.

2. Prior to filing any motion, all litigants must confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. *See* S.D. Fla. Local Rule 7.1(a)(3). At the end of the motion, and above the signature block, the party filing the motion shall certify and detail the efforts made to confer and the results therefrom. Failure to comply with the requirements of this rule may be cause for the Court to grant or deny the motion and impose on the filing party an appropriate sanction, which may include an order to pay the amount of the reasonable expenses incurred because of the violation, including a reasonable attorney's fee.

3. All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules. *See* Sample Form Following Local Rule 5.1. The signature block of each pleading must also contain the pro se litigant's name, address, and telephone number.

4. All papers filed with the Clerk of Court must also be served on the opposing counsel, or the opposing side if the opposing side is not represented by counsel. Each filing must include a certificate of service indicating the name and address of the attorney or person served.

5. Litigants must promptly notify the Court of any change in address by filing a "Notice of Change of Address," which must also be served on opposing counsel.

6. A pro se litigant who wishes to oppose a motion must respond in writing within the time periods and page limitations provided by the local and federal rules of procedure. *See, e.g.*, S.D. Fla. Local Rule 7.1(c).

7. Any litigant and his or her family, friends, or acquaintances may not call the Judge's chambers for legal advice about the case. Brief case status information contained on the docket sheet may be available from the Clerk of Court.

8. A pro se litigant bears responsibility for actively pursuing his or her case and must obtain any essential discovery, file all necessary pleadings and motions, comply with all scheduling orders, and prepare the case for trial.

**DONE AND ORDERED** at Fort Lauderdale, Florida this 23rd day of September, 2016.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable William J. Zloch

All Counsel of Record

John Pinson, PRO SE
526 Westwood Road
West Palm Beach, FL 33401