UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80688-CIV-ZLOCH

JOHN PINSON,

        Plaintiff,

vs.                                    **FINAL ORDER OF DISMISSAL**

JP MORGAN CHASE BANK, N.A.,

        Defendant.
_____/

THIS MATTER is before the Court upon the Report & Recommendation (DE 26) filed herein by United States Magistrate Judge Patrick M. Hunt, Defendant's Motion To Dismiss (DE 14), and Plaintiff's Notice Of Voluntary Dismissal Without Prejudice (DE 20). The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Objections To Magistrate Judge's Report & Recommendations On Defendant's Motion To Dismiss (DE 27) be and the same are hereby **OVERRULED**;

2. The Report & Recommendation (DE 26) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted and ratified by the Court;

3. Defendant's Motion To Dismiss (DE 14) be and the same is hereby **GRANTED**, consistent with the terms of the Report & Recommendation of Magistrate Judge Hunt, as follows: Counts 1, 2, 4 and 10 of the Complaint be and the same are hereby **DISMISSED** with

prejudice and Counts 3, 6, 8 and 9 of the Complaint be and the same are hereby **DISMISSED** without prejudice (DE 7);

4. Plaintiff's Notice Of Voluntary Dismissal (DE 20) be and the same is hereby approved, adopted, and ratified by the Court and, accordingly, Counts 5 and 7 of the Complaint are **DISMISSED** without prejudice; and

5. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___13th___ day of October, 2016.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record

John Pinson, PRO SE
526 Westwood Road
West Palm Beach, FL 33401