RECEIVED BY HH
Nov 14, 2016
Deputy Clerk
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 16-80688-CIV-ZLOCH/HUNT

John Pinson,

    Plaintiff

vs

JPMorgan Chase Bank, N.A.

    Defendant    /

FILED BY _____ D.C.
NOV 10 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE OF APPEAL

Notice is hereby given that John Pinson, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from a Final Order of Dismissal [DE 29], dismissing Plaintiff's complaint, entered in this action on the 13th day of October 2016.

Dated: November 10, 2016

Respectfully Submitted,

John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Clerk of the Court, and is served by CM/ECF upon entry into the docket on all counsel, by the mandatory CM/ECF system, on the Service List below.

Signed November 10, 2016

John Pinson

### Service List

Brendan I. Herbert, Esq.
bherbert@leoncosgrove.com
Leon Cosgrove LLC
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33134
Tel. 305-740-1975
Fax. 305-437-8158
*Attorney for Defendant:*
JPMorgan Chase Bank, N.A.