FILED BY *IH*
Nov 21, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 16-80688-CIV-ZLOCH/HUNT

John Pinson,

    Plaintiff

vs

JPMorgan Chase Bank, N.A.

    <u>Defendant</u>   /

FILED BY _____ D.C.
NOV 10 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE OF APPEAL

Notice is hereby given that John Pinson, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from a Final Order of Dismissal [DE 29], dismissing Plaintiff's complaint, entered in this action on the 13th day of October 2016.

Dated: November 10, 2016

Respectfully Submitted,

_____
John Pinson
526 Westwood Road
West Palm Beach, Florida 33401
561-833-4816
john@pinson.com