# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.    TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __JOHN PINSON__ vs __JPMORGAN CHASE BANK N.A.__

District Court No.: __16-CV-80688 WSZ__ Date Notice of Appeal Filed: __11-10-16__ Court of Appeals No.: __16-17107__
(If Available)

CHOOSE ONE: ☒ No hearing    ☐ No transcript is required for appeal purposes    ☐ All necessary transcript(s) on file
            ☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

|  | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings |  |  |  |
| ☐ Trial |  |  |  |
| ☐ Sentence |  |  |  |
| ☐ Other |  |  |  |

FILED by _____ D.C.
NOV 23 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: _____

Name of Firm: _____

Street Address/P.O. Box: _____

City/State/Zip Code: _____ Phone No.: _____

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: __11/23/16__ SIGNED: _____ Attorney for: __Pro Se Plaintiff__

## PART II.    COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: _____

☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____ Estimated no. of transcript pages: _____ Estimated filing date: _____

DATE: _____ SIGNED: _____ Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____ Signature of Court Reporter: _____

GPO U.S. GOVERNMENT PRINTING OFFICE: 2005-736-744

# UNITED STATES DISTRICT COURT
## Southern District of Florida



STEVEN M. LARIMORE  
Clerk of Court

Appeal Section  
305-523-5080

Date: November 15, 2016

TO: COUNSEL OF RECORD/APPELLANT

IN RE: District Court No.: 16-80688-CV-WJZ    /Appeal 16-17107

Style: Pinson v. JPMorgan Chase Bank, National Association

### ORDERING AND DESIGNATION OF REPORTER'S TRANSCRIPTS [Pursuant to FRAP 10(b)]

This will acknowledge the Notice of Appeal filed in the above case which has been transmitted to the Eleventh Circuit Court of Appeals in Atlanta, GA.

**WITHIN FOURTEEN (14) DAYS** from the date of the Notice of Appeal being filed, the appellant must complete the attached *Transcript Information Form (TIF)*, **REGARDLESS OF WHETHER TRANSCRIPTS ARE BEING ORDERED OR NOT.** The *TIF* must be completed and mailed to the District Court Clerk at 400 N. Miami Avenue, Room 8N09, Miami, FL 33128-7716, **ATTN: COURT REPORTER COORDINATOR.**

**COMPLETE THE SECTION REQUESTING TRANSCRIPTS ONLY WHEN REQUESTING TRANSCRIPTS OF HEARINGS WHICH TOOK PLACE IN THE DISTRICT COURT.** Arrangements for payment must be made with the court reporter within ten (10) days of the request.

**Counsel appointed pursuant to the Criminal Justice Act must complete a CJA 24,** *Authorization and Voucher for Payment of Transcript,* attach it to this form and forward them to the **COURT REPORTER COORDINATOR** at the above mentioned address. These forms are available at the Intake Section of the Clerk's Office.

If opposing counsel wishes to file a supplemental designation of a transcript, **you must file a motion to supplement the record with the Court of Appeals in Atlanta.** If granted, a supplemental *TIF* must be prepared and forwarded to the court reporter. The District Court **cannot** file a late designation without an order from the Court of Appeals. The court reporter **cannot** accept any further designations for the purpose of appeal other than the appellant's original unless the Court of Appeals has granted permission.

The **CERTIFICATE OF READINESS OF THE RECORD ON APPEAL** will be transmitted upon the filing of the court reporter's transcript or upon notice that a transcript will NOT be ordered.

If you have any questions, please contact the Court Reporter Coordinator at 305-523-5635.

Sincerely,  
STEVEN M. LARIMORE, Clerk of Court

By: s/H. HILL  
    Deputy Clerk

attachment

☒ 400 N. Miami Avenue   ☐ 299 E. Broward Boulevard   ☐ 701 Clematis Street    ☐ 301 Simonton Street   ☐ 300 South Sixth Street  
   Miami, FL 33128         Room 108                       Room 402                  Room 130                  Ft. Pierce, FL 34950  
   305-523-5100            Ft. Lauderdale, FL 33301       W. Palm Beach, FL 33401   Key West, FL 33040        561-595-9691  
                           954-769-5400                   561-803-3400              305-295-8100

WILKIE D. FERGUSON, JR.
UNITED STATES COURTHOUSE
400 NORTH MIAMI AVENUE
MIAMI, FL 33128-7716



neopost
11/17/2016
US POSTAGE $00

John Pinson
526 Westwood Road
West Palm Beach, FL 33401

3340187666 C050

**John Pinson**
526 Westwood Road
West Palm Beach, Florida 33401

<u>*Via U.S. First Class Mail*</u>

November 23, 2016

U.S. District Court Clerk
**Attn: Court Reporter Coordinator**
400 N. Miami Avenue
Miami Florida 33128

    Re:    Style: John Pinson v. JPMorgan Chase Bank, N.A.
            District Court No.: 9:16-cv-80688-WJZ
            Appeal No.: 16-17107

Dear Coordinator:

    Regarding the above captioned, enclosed you will find the following items pertaining thereto:

1. Eleventh Circuit Transcript Information Form.

    Thanking you for your attention in this matter, I am

               Yours Sincerely,

               */s/ John Pinson*

               John Pinson

JP
Enc.  11th Cir. TIF Form ✓
CC:  Leon Cosgrove, LLC
       Court of Appeals for the 11th Circuit