UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:16-cv-80688-MGC

**JOHN PINSON**,

    Plaintiff,

v.

**JP MORGAN CHASE BANK, N.A.**

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR PROTECTIVE/CONFIDENTIALITY ORDER
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, JOHN PINSON ("PINSON"), pursuant to Federal Rule of Civil Procedure 26(c)(1), moves the Court to enter the Stipulated Order of Confidentiality in the form attached hereto and, as grounds therefor, states:

1.    This is an action asserting violations of the Fair Credit Reporting Act.

2.    Despite being a litigant in a lawsuit, PINSON has a right to privacy and would like to avoid certain confidential information such as his credit reports being made available to the public.

3.    Without reaching agreement on what is confidential information or entitled to protection from public viewing, through their counsel, PINSON and JP MORGAN CHASE BANK, N.A. have negotiated a proposed Stipulated Order of Confidentiality creating a process by which the parties may designate materials to be produced in discovery as containing confidential information. The proposed order establishes a process by which the designating party may seek to have the confidential information sealed if it is to be filed with the Court. However, nothing in

the proposed order requires the court to seal any materials designated confidential. That will be decided at the time of the motion to have the materials sealed.

4. The Stipulated Order of Confidentiality is needed because, otherwise, materials would be in the public records before a party has the right to seek that it be sealed.

5. The proposed Stipulated Order of Confidentiality also limits to whom confidential information may be provided to and governs the uses for such information.

### Memorandum of Law

Federal Rule of Civil Procedure 26(c)(1) provides that "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, **including** one or more of the following: (F) requiring that a deposition be sealed and opened only on court order; (G) requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way; and (H) requiring that the parties simultaneously file specified documents or information in sealed envelopes, to be opened as the court directs."

For the reasons stated in the body of the motion, the Stipulated Order of Confidentiality is authorized by Federal Rule of Civil Procedure 26(c)(1).

WHEREFORE, PINSON requests the Court to enter the proposed Stipulated Order of Confidentiality.

**BARRY S. BALMUTH, P.A.**
**/s/ Barry S. Balmuth**
**Barry S. Balmuth, B.C.S.**
FL Bar No. 0868991
Counsel for Plaintiff
2505 Burns Road
Palm Beach Gardens, FL 33410
Telephone: (561) 242-9400
Fax: (561) 366-2650
barryb@flboardcertifiedlawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on the service list below.

/s/ Barry Balmuth
**Barry S. Balmuth, B.C.S.**

Andrew B. Boese, Esquire
Florida Bar No. 824771
Jeremy L. Kahn, Esquire
Florida Bar No. 105277
Leon Cosgrove LLP
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
Telephone: (305) 740-1975
Facsimile: (305) 437-8158
aboese@leoncosgrove.com
jkahn@leoncosgrove.com
kvasquez@leoncosgrove.com
eperez@leoncosgrove.com
*Attorneys for Defendant*