UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80688-Civ-COOKE/HUNT

JOHN PINSON,

    Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice (ECF No. 69), which was conditioned on the Court retaining jurisdiction to enforce the settlement agreement between the parties. Thereupon it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is dismissed with prejudice.

2. Each party shall bear its own costs and attorney's fees.

3. The Court retains jurisdiction to enforce the terms of the settlement agreement between the parties.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 29th day of July 2020.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*